## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**Brandon Hunter**                                                          **PLAINTIFF**

**V.**                             **CASE NO. 4:20-cv-00497-LPR-JTK**

**Lafayette Woods, Jr,**
**Sheriff, Jefferson County Sheriff**                               **DEFENDANT**

### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge

Lee Rudofsky. Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection. If

the objection is to a factual finding, specifically identify that finding and the evidence that

supports your objection.  An original and one copy of your objections must be received in the

office of the United States District Court Clerk no later than fourteen (14) days from the date of

the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to

file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such

a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before

1

the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court

Eastern District of Arkansas

600 West Capitol Avenue, Suite A149

Little Rock, AR 72201-3325

## I.    Discussion

Before the Court is Brandon Hunter's § 2241 Petition for Writ of Habeas Corpus. *Doc.* 1. On May 20, 2020, this Court ordered Hunter to either pay the $5 filing fee or apply to proceed *in forma pauperis*. *Doc.* 2. On June 16, 2020, Hunter filed a motion for leave to proceed *in forma pauperis*. *Doc.* 3. On June 17, 2020, this Court denied Hunter's motion on the basis that he maintained sufficient funds to pay the $5 filing fee. *Doc.* 4. It ordered Hunter to submit the filing fee within 30 days and warned that a "failure to comply with this Order will result in the dismissal of this action without prejudice." *Doc.* 4 (citing Local Rule 5.5(c)(2)). Over thirty days have passed, and Hunter still has not submitted his filing fee. Thus, this Court recommends that this habeas action be dismissed, without prejudice.

## II.    Conclusion

IT IS THEREFORE RECOMMENDED that:

1.  The Petition for Writ of Habeas Corpus (*Doc.* 1) be DENIED, and that the case be

DISMISSED, WITHOUT PREJUDICE.

2.  A Certificate of Appealability be DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule

    11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO RECOMMENDED this 5th day of August, 2020.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE