# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**Brandon Hunter**                                                                                          **PLAINTIFF**

**V.**                           **CASE NO. 4:20-cv-00497-LPR-JTK**

**Lafayette Woods, Jr,**
**Sheriff, Jefferson County Sheriff**                                                     **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed.[1] After careful consideration of the Proposed Findings and Recommended Disposition as well as the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Petitioner Brandon Hunter's Petition for Writ of Habeas Corpus (*Doc.* 1) is DISMISSED WITHOUT PREJUDICE.

2. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 31st day of August, 2020.

                                                                           LEE P. RUDOFSKY
                                                                           UNITED STATES DISTRICT JUDGE

---

[1] The Proposed Findings and Recommended Disposition was issued on August 5, 2020. On August 21, 2020, the Proposed Findings and Recommended Disposition was returned to the Court as undeliverable. It is Mr. Hunter's obligation to keep the Court informed of any address change. *See* Local Rule 5.5(c)(2). He has not done so, and this Court has no idea of his new address.