**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**Brandon Hunter**                                                                                       **PLAINTIFF**

**V.**                    **CASE NO. 4:20-cv-00497-LPR-JTK**

**Lafayette Woods, Jr,
Sheriff, Jefferson County Sheriff**                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice. A Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

SO ADJUDGED this 31st day of August, 2020.

                                                                                _____
                                                                                LEE P. RUDOFSKY
                                                                                UNITED STATES DISTRICT JUDGE